FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

# 09CV02814

DEC 2 - 2009

Civil Action No. _____  *bnb*  GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers**
**sent to the court in this action.  Failure to include this number**
**may result in a delay in the consideration of your claims.)**

KEITH RENTERIA #141759,

      Plaintiff,

v.

GOVERNOR BILL RITTER, State of Colorado,
DR. PAULA FRANTZ, C.D.O.C.-CMO,
JOANIE SHOEMAKER, C.D.O.C. Clinical Services,
JOANN STOCK, PA, Phys[i]cian Health Partners,
WARDEN MILYARD, Sterling Correctional Facility,
DR. JOSEPH GARY FORTUNADO, Phys[i]cian Health Partners,
P.A. CHAMJOCK, Phys[i]cian Health Partners,
P.A. MILLOH, Phys[i]cian Health Partners,
NURSE BOOME OKATOMBE, and
JOHN DOES and JANE DOES 1-10,
All the above named Defendants in their official and individual capacities,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is

deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)     ___     is not submitted
(2)     ___     is missing affidavit
(3)     _X_     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)     ___     is missing certificate showing current balance in prison account
(5)     ___     is missing required financial information
(6)     ___     is missing an original signature by the prisoner
(7)     ___     is not on proper form (must use the court's current form)
(8)     ___     names in caption do not match names in caption of complaint, petition or habeas application
(9)     ___     An original and a copy have not been received by the court. Only an original has been received.
(10)    ___     other:_____.

**Complaint, Petition or Application**:
(11)    _X_     is not submitted
(12)    ___     is not on proper form (must use the court's current form)
(13)    ___     is missing an original signature by the prisoner
(14)    ___     is missing page nos. ___
(15)    ___     uses et al. instead of listing all parties in caption
(16)    ___     An original and a copy have not been received by the court.  Only an original has been received.
(17)    ___     Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)    ___     names in caption do not match names in text
(19)    ___     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30 day of November , 2009.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **09CV02814**

Keith Renteria
Prisoner No. 141759
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on ___12/2/09___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk