IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02814-BNB

KEITH RENTERIA #141759,

    Plaintiff,

v.

GOVERNOR BILL RITTER, State of Colorado,
DR. PAULA FRANTZ, C.D.O.C.-CMO,
JOANIE SHOEMAKER, C.D.O.C. Clinical Services,
JOANN STOCK, PA, Phys[i]cian Health Partners,
WARDEN MILYARD, Sterling Correctional Facility,
DR. JOSEPH GARY FORTUNADO, Phys[i]cian Health Partners,
P.A. CHAMJOCK, Phys[i]cian Health Partners,
P.A. MILLOH, Phys[i]cian Health Partners,
NURSE BOOME OKATOMBE, and
JOHN DOES and JANE DOES 1-10,
All the above named Defendants in their official and individual capacities,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 1 2010

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, Keith Renteria, is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Sterling Correctional Facility. He initiated this action by filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 with the Court on November 20, 2009.

In an order filed on December 2, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Renteria to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Renteria to file a complaint on the court-approved form, and

a certified copy of his prisoner's trust fund statement for the 6-month period immediate preceding the filing. Mr. Renteria was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Renteria has not communicated with the Court since November 20, 2009. Accordingly, he has failed to cure the deficiencies within the time allowed and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 20 day of January, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02814-BNB

Keith Renteria
Prisoner No. 141759
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/21/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk